STATE, BERNARD BAYER, PROSECUTOR, PLAINTIFF IN ERROR, v. MAYOR, &c., OF HOBOKEN, DEFENDANTS IN ERROR.

In error to Supreme Court. For opinion of Supreme Court, see 15 *Vroom* 131.

For the plaintiff in error, *W. T. Hoffman* and *E. T. Paxton.*

For the defendant in error, *S. A. Besson.*

PER CURIAM. The judgment of the court below should be affirmed, for the reasons given by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DIXON, KNAPP, MAGIE, REED, SCUDDER, COLE, GREEN, KIRK, PATERSON, WHITAKER. 12.

*For reversal*—None.